**No. 60306.**—Acrow, Incorporated, and Lep Transport, Inc. *v.* United States, protest 296820–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of building shores or jacks the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.